IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JERRY W. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23CV1090 |
| | ) | |
| SERGEANT WHITSETT, | ) | |
| | ) | |
| Defendant(s). | ) | |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action

pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*.

The form of the Complaint is such that a serious flaw makes it impossible to further process

the Complaint. The problem is:

1.      The facts surrounding Plaintiff's claim are not entirely clear. He contends that Defendant sent him down a set of stairs in unsafe conditions, causing him to fall. He also alleges that Defendant did not provide him with adequate medical treatment even though the need for treatment was clear. However, the Complaint does not contain sufficient facts showing that a reasonable person in Defendant's place would have known of the danger or of Plaintiff's medical needs. Instead, it is mainly conclusory on these points. Plaintiff must set out enough facts to tell the story of what happened and to support the legal conclusions set out in the Complaint.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff

filing a new complaint, on the proper § 1983 forms, which corrects the defects of the

present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new

§ 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 20th day of December, 2023.

/s/ Joi Elizabeth Peake
United States Magistrate Judge
